IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID LANE WHITSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:22-cv-00131-CEA-CRW |
| | ) |
| **MIDLAND FUNDING LLC, and** | ) |
| **FINKLESTEIN, KERN, STEINBERG, &** | ) |
| **CUNNINGHAM, PC**, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Subject to and without waiving any defenses, including improper venue, lack of subject matter jurisdiction, and lack of personal jurisdiction, Shaun K. Ramey of the law firm of McGlinchey Stafford hereby enters an appearance as counsel for defendant Midland Funding LLC and requests that copies of all motions, pleadings, and other filings be served upon him as counsel for defendant.

Respectfully submitted,

/s/ Shaun K. Ramey
Shaun K. Ramey
Joseph V. Ronderos
McGlinchey Stafford
424 Church St., Suite 2000
Nashville, TN 37219
(615) 762-9044 (telephone)
(615) 523-1725 (facsimile)
sramey@mcglinchey.com
jronderos@mcglinchey.com
*Attorneys for Midland Funding LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the e-filing system, which will send a notification of such filing to the following counsel of record:

William M. Kaludis
Shield Law Group
5115 Maryland Way, Suite 911
Brentwood, TN 37027
Bill@shieldlawgroup.com

Brent Snyder
Banks & Jones
2125 Middlebrook Pike
Knoxville, TN 37921
865-546-2141
Fax: 865-546-5777
Email: brentsnyder77@gmail.com
*Attorneys for David Lane Whitson*

Daniel Jinho Chung
Finkelstein, Kern, Steinberg & Cunningham, P.C.
1810 Ailor Avenue
Knoxville, TN 37921
865-525-0238
dchung@fksclaw.com
*Attorney for Finkelstein, Kern, Steinberg & Cunningham, P.C.*

                                                 /s/Shaun K. Ramey
                                                 OF COUNSEL