IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID LANE WHITSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:22-cv-00131-CEA-CRW |
| | ) |
| **MIDLAND FUNDING LLC, and** | ) |
| **FINKLESTEIN, KERN, STEINBERG, &** | ) |
| **CUNNINGHAM, PC**, | ) |
| | ) |
| **Defendants.** | ) |

## MIDLAND FUNDING LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant, Midland Funding LLC ("Midland"), by and through its undersigned counsel, moves to dismiss the Complaint (Doc. 1) of Plaintiff David Lane Whitson ("Plaintiff") for lack of subject matter jurisdiction. In support of its motion, Midland incorporates its memorandum of law and exhibit thereto by reference.

**WHEREFORE**, Midland respectfully requests that this Court grant its Motion to Dismiss and enter an Order dismissing Plaintiff's claims for lack of subject matter jurisdiction.

Respectfully submitted,

/s/ Joseph V. Ronderos
Shaun K. Ramey
Joseph V. Ronderos
McGlinchey Stafford
424 Church St., Suite 2000
Nashville, TN 37219
(615) 762-9044 (telephone)
(615) 523-1725 (facsimile)
sramey@mcglinchey.com
jronderos@mcglinchey.com
*Attorneys for Midland Funding LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the e-filing system, which will send a notification of such filing to the following counsel of record:

William M. Kaludis
Shield Law Group
5115 Maryland Way, Suite 911
Brentwood, TN 37027
Bill@shieldlawgroup.com

Brent Snyder
Banks & Jones
2125 Middlebrook Pike
Knoxville, TN 37921
865-546-2141
Fax: 865-546-5777
Email: brentsnyder77@gmail.com
*Attorneys for David Lane Whitson*

Megan Calme
Wilson Elser Moskowitz Edelman
& Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
Facsimile: 502-238-7995
megan.calme@wilsonelser.com
*Attorney for Defendant*
*Finkelstein, Kern, Steinberg & Cunningham, PC*

/s/Joseph V. Ronderos
OF COUNSEL
